

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 8:58 am, Aug 25, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

DENNIS J. JOHNSON,         *
                                *
    Plaintiff,             *      CIVIL ACTION NO.: 2:18-cv-137
                                *
    v.                        *
                                *
UNITED STATES OF AMERICA,   *
                                *
    Defendant.             *

### ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 18. Plaintiff did not file Objections to the Report and Recommendation, despite having an extended period of time to do so. Dkt. No. 20.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

SO ORDERED, this 25 day of August, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)